450 A.2d 1070

Davis, et al. v. Livingston, Appellant.

Davis, et al., Appellants v. Livingston.

Petition for Allowance of Appeal
Denied Feb. 1, 1983.

Argued December 2, 1981. Victor Dell'Alba, for Livingston, appellant (at No. 105) and appellee (at No. 127); Jack M. Hartman, for Davis et al., appellants (at No. 127) and appellees, (at No. 105).

Before WICKERSHAM, WIEAND and MONTEMURO, JJ.

Order affirmed.